# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHARLOTTE BEVILAQUA and MARK GIST,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL ATOMICS AERONAUTICAL SYSTEMS INC. et al.,<br><br>Defendants. | Case No.: 20-cv-297-MMA (DEB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 8] |

On January 27, 2021, Plaintiffs filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and 31 U.S.C. § 3730. Upon due consideration, good cause appearing, the Court **GRANTS** the motion and **DISMISSES** this action without prejudice. The Court further **DIRECTS** the Clerk of Court to terminate all pending deadlines and close this case.

**IT IS SO ORDERED.**

Dated: January 27, 2021

_____
HON. MICHAEL M. ANELLO
United States District Judge